UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Cynthia Troche,

                         Plaintiffs,

            -against-

Costco Wholesale Corportion,

                     Defendant.

-----------------------------------------------------------------X

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 1/13/2026 __**

**ORDER RE STATUS CONFERENCE**

**7:25-cv-9519 NSR-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

     A Status Conference (via telephone) is hereby scheduled for **March 10, 2026 at 10:30**

**am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter**

**Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the

parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

     **SO ORDERED.**

DATED:     White Plains, New York
             January 13, 2026

                                _____
                               VICTORIA REZNIK
                               United States Magistrate Judge