UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TROCHE,

Plaintiff,

–against–

COSTCO WHOLESALE CORPORATION,

Defendant.

7:25-cv-9519 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

In light of Magistrate Judge Reznik's July 27, 2026 Order extending the discovery deadlines (ECF No. 21), the Case Management Conference scheduled for October 30, 2026, is hereby **adjourned**. The parties are kindly directed to confer and propose a mutually convenient date for the rescheduled conference following the close of discovery.

SO ORDERED.

Dated: October 29, 2026
White Plains, New York

Nelson S. Román, U.S.D.J.